# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT H. O'CONNOR,<br><br>        Plaintiff,<br><br>    v.<br><br>CAPITAL ONE,<br><br>        Defendant. | Case No. 14-cv-00656 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the above captioned case is referred to Judge Kandis A. Westmore to determine whether it is related to *Robert H. O'Connor v. Capital One*, No. 14-cv-00177 KAW.

IT IS SO ORDERED.

Date: March 4, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge