UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O'CONNOR, | No. C 14-00656 KAW |
| Plaintiff(s), | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | **[Reassigned Case]** |
| CAPITAL ONE, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Kandis A. Westmore for trial and all further proceedings,

IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil L.R.16-10, that a Case Management Conference shall be held in this case on **July 29, 2014, at 1:30 p.m.,** U.S. District Court, 1301 Clay Street, Oakland, California.

The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R.16-10.  Pursuant to Civil L.R.16-3 and 16-9, the parties shall meet and confer and file joint case management statement and proposed order no later than July 22, 2014.  If any party is proceeding without counsel, separate statements may be filed by each party.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**KAW**."  One copy shall be clearly marked as a chambers copy.

IT IS SO ORDERED.

Dated: March 28, 2014

_Kandis Westmore_
Kandis A. Westmore
United States Magistrate Judge