United States District Court
Northern District of California

ROBERT H. O'CONNOR,

    Plaintiff,

    v.

CAPITAL ONE, N.A.,

    Defendant.

Case No.: CV 14-00656-KAW

ORDER TO SHOW CAUSE

Plaintiff Robert H. O'Connor is proceeding pro se, and currently has three related cases pending against Defendant Capital One. On February 19, 2014, Capital One filed a motion to dismiss in this action. The motion is currently set for hearing on May 15, 2014.

Pursuant to Civil Local Rule 7-3, Plaintiff's opposition was due on March 10, 2014. Plaintiff did not file an opposition.

The Court orders Plaintiff, by no later than **April 21, 2014**, to show cause why his case should not be dismissed for failure to prosecute, and file either an opposition to the motion to dismiss or a statement of non-opposition to the motion to dismiss. The response to this order to show cause and the opposition should be filed as separate documents. Failure to timely file both documents may result in the dismissal of this action for failure to prosecute. *See* Judge Westmore's General Standing Order ¶ 21 ("The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion").

///

///

///

///

To aid in his compliance, Plaintiff may wish to consult a manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information, is available online at: *http://cand.uscourts.gov/proselitigants*.

IT IS SO ORDERED.

Dated: March 31, 2014

KANDIS A. WESTMORE
United States Magistrate Judge

2